UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

SANDRA HAMBRICK,

    Plaintiff,

v.

WAL-MART STORES, INC. and
GENERAL ELECTRIC COMPANY,

    Defendants.                           No. 11-cv-822-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the representation of the parties, settlement is complete and this case is **DISMISSED** with prejudice, as to all claims.

                                      NANCY J. ROSENSTENGEL,
                                      CLERK OF COURT

                                BY:      /s/*Sara Jennings*
                                              **Deputy Clerk**

Dated:  April 15, 2013

Digitally signed by David R. Herndon
Date: 2013.04.15 15:18:10 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT